No. 15,050.

PIONEER CONSTRUCTION AND ENGINEERING CORPORATION *v.*
WILLIAMS.
(120 P. [2d] 959)

Decided January 12, 1942.

Judgment affirmed en banc on application for supersedeas without written opinion.

Mr. A. R. MORRISON, for plaintiff in error.

Mr. PHILIP HORNBEIN, JR., for defendant in error.